UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRANCE ERIC JORDAN, SR., | ) | No. CV 15-3125 DOC (FFM) |
| Plaintiff, | ) ) ) | |
| v. | ) | JUDGMENT |
| | ) ) | |
| M. EDWARDS, *et al.*, | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed without prejudice.

DATED: May 10, 2016

/s/ David O. Carter

DAVID O. CARTER
United States District Judge